No. 82–299. METROPOLITAN LIFE INSURANCE CO. *v.* MASSACHUSETTS; and

No. 82–300. TRAVELERS INSURANCE CO. *v.* MASSACHUSETTS. Appeals from Sup. Jud. Ct. Mass. Judgment va-

cated and cases remanded for further consideration in light of *Shaw* v. *Delta Air Lines, Inc.*, *ante*, p. 85. Reported below: 385 Mass. 598, 433 N. E. 2d 1223.